John G. Crist
CRIST, KROGH, BUTLER
      & NORD, LLC
The Securities Building
2708 First Avenue North, Suite 300
Billings, MT 59101
Telephone: (406) 255-0400
Facsimile:   (406) 255-0697
Email: jcrist@cristlaw.com

*Attorneys for Defendant*
*Lowe's Home Centers, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**MISSOULA DIVISION**

| | |
|---|---|
| CARRIE HOSKIN,<br><br>Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC,<br><br>Defendant. | Case No.<br><br><br><br>**NOTICE OF REMOVAL** |

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, Defendant Lowe's Home Centers, LLC ("Lowe's") hereby petitions to remove to this Court the above-entitled action based on the following supporting grounds:

1

1. On or about April 27, 2015, Plaintiff, Carrie Hoskin ("Plaintiff") filed a Complaint and Demand for Jury Trial in the Montana Fourth Judicial District Court (the "Complaint"), Missoula County, State of Montana, titled <u>Carrie Hoskin vs. Lowe's Home Centers, LLC</u>, Cause No. DV-15-403. A true and correct copy of the Complaint is attached as Exhibit "A."

2. The Montana Fourth Judicial District Court is located within the Missoula Division of the United States District Court for the District of Montana.

3. Lowe's was served through their registered agent for service of process on May 13, 2015.

4. This Court has original jurisdiction over this civil action based on diversity pursuant to 28 U.S.C. § 1332, as the parties are citizens of different states and the matter in controversy exceeds $75,000, exclusive of costs and interest.

5. At the time this action was filed, and at all times since, Plaintiff represents she is a citizen of the State of Montana and currently resides in Missoula County, Montana.

6. At the time this action was filed, Lowe's is a corporation organized under the laws of the State of North Carolina, with its principal place of business in Wilkesboro, North Carolina. As Lowe's is a citizen of the State of North Carolina pursuant to 28 U.S.C. § 1332(c)(1), there is complete diversity between the Plaintiff and Defendant in this matter. <u>See</u> 28 U.S.C. § 1332(a)(1).

7. The amount in controversy is in excess of $75,000.00.

8. Given that this action is between citizens of different states and the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, this Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332.

9. This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b), as Lowe's is filing it within thirty (30) days after service of the Complaint on or about May 13, 2015.

10. Accordingly, this action is removable to this Court pursuant to 28 U.S.C. § 1441(a).

11. In accordance with 28 U.S.C. §1446(d), written notice of the filing of this Notice of Removal, together with a copy of the Notice of Removal, will be filed with the Clerk of the Montana Fourth Judicial District Court, Missoula County, State of Montana. All adverse parties will receive a copy of the notice filed with that court.

WHEREFORE, Defendant, Lowe's, by and through its counsel, desiring to remove this civil action to the United States District Court for the District of Montana prays that the filing of this Notice of Removal, the giving of written notice thereof to Plaintiff, and the filing of a copy of this Notice of Removal with

the Clerk of the Fourth Judicial District Court of Missoula County, Montana, shall effect removal of Plaintiff's state court action to this Honorable Court.

DATED this 1st day of June, 2015.

> CRIST, KROGH, BUTLER & NORD, LLC
>
> By: */s/ John G. Crist*
>     John G. Crist
> The Securities Building
> 2708 First Avenue North, Suite 300
> Billings, MT  59101
>
> *Attorneys for Defendant*
> *Lowe's Home Centers, LLC*

## CERTIFICATE OF SERVICE
### L.R. 5.2(B)

I hereby certify that on the 1st day of June, 2015, a copy of the foregoing document was served on the following persons by the following means:

```
 1, 2    CM/ECF
_____  Hand Delivery
_____  Mail
_____  Overnight Delivery Service
_____  Fax
_____  Email
```

1. Clerk, U.S. District Court

2. Torrance L. Coburn
   TIPP & BULEY, P.C.
   P.O. Box 3778
   2200 Brooks Street
   Missoula, MT 59806-3778

 

CRIST, KROGH, BUTLER & NORD, LLC

By: */s/ John G. Crist*
     John G. Crist

*Attorneys for Defendant*
*Lowe's Home Centers, LLC*