Torrance L. Coburn
TIPP & BULEY, P.C.
P.O. Box 3778
2200 Brooks Street
Missoula, MT 59806-3778
(406) 549-5186

Attorney for Plaintiff

COPY

FILED APR 27 2015

SHIRLEY E. FAUST, CLERK
By_____Michael Evjen

## MONTANA FOURTH JUDICIAL DISTRICT COURT, MISSOULA COUNTY

| | |
|---|---|
| CARRIE HOSKIN,<br><br>                Plaintiff,<br><br>vs.<br><br>LOWE'S HOME CENTERS, LLC,<br><br>                Defendant. | Cause No.: DV-15-403<br>Dept. No.: ?<br><br>John W. Larson<br><br>**COMPLAINT and DEMAND FOR JURY TRIAL** |

COMES NOW the Plaintiff, Carrie Hoskin, by and through her counsel of TIPP & BULEY, P.C., and for her Complaint against the Defendant, states and alleges as follows:

1. The Plaintiff is a resident of the State of Montana, Missoula County.

2. Defendant Lowe's Home Centers, LLC (hereinafter "Lowe's") is a North Carolina corporation, with its principal office located at 1605 Curtis Bridge Road, Wilkesboro, NC 28697. Defendant has been and continues to do business in Montana, and is authorized to do business in Montana. The registered agent for the Defendant is Corporation Service Company, P.O. Box 1691, 26 W. Sixth Ave., Helena MT 59624-1691.

3. Jurisdiction and venue are proper in this Court.

4. Plaintiff was employed by the Defendant until she was terminated by the Defendant on December 16, 2014.

5. Prior to Plaintiff's termination, she had completed the Defendant's

COMPLAINT and DEMAND FOR JURY TRIAL           1



EXHIBIT "A"

probationary period.

6. The Plaintiff's above-referenced termination of her employment by the Defendant was without good cause, and was not for any legitimate business reason. Furthermore, the Defendant's termination of the Plaintiff's employment violated Defendant's personnel policies.

7. That because the above-referenced termination, by the Defendant, of the Plaintiff's employment was not for good cause, the termination of Plaintiff's employment constitutes a wrongful discharge as contemplated and defined by Montana Code Annotated § 39-2-901, et seq.

8. Due to the Defendant's wrongful termination of the Plaintiff, the Plaintiff is entitled to recover from the Defendant all damages as allowed by law, which include lost wages and lost fringe benefits, in an amount to be determined at trial.

WHEREFORE, Plaintiff prays for judgment against the Defendant as follows:

A. For Plaintiff's damages in the form of lost wages and benefits in an amount to be determined at trial;

B. For the Plaintiff's costs incurred herein; and

C. For such other and further relief as may be determined just and equitable by this Court and in compliance with the laws of the State of Montana.

DATED this 27th day of April, 2015.

TIPP & BULEY, P.C.

Torrance L. Coburn
Attorney for Plaintiff

//
//
//

## DEMAND FOR JURY TRIAL

COMES NOW the Plaintiff, by and through counsel of TIPP & BULEY, P.C., and demand a jury trial on all issues of fact in the above case.

DATED this 27th day of April, 2015.

TIPP & BULEY, P.C.

Torrance L. Coburn
Attorney for Plaintiff