
FILED
APR 25 2016
Clerk, U S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CARRIE HOSKIN,<br><br>Plaintiff,<br><br>vs.<br><br>LOWE'S HOME CENTERS, LLC,<br><br>Defendant. | CV 15–62–M–DLC<br><br>ORDER |

Plaintiff Carrie Hoskin ("Hoskin") filed a motion for partial summary judgment on April 22, 2016. The Court's scheduling order, entered October 2, 2015, set a fully-briefed motions deadline of April 22, 2016. Local Civil Rule 7.1(d)(1)(B)(i) provides a non-movant twenty-one days to respond to a motion for summary judgment, meaning that in order to comply with the rule and the scheduling order, Hoskin should have filed her motion for partial summary judgment no later than April 1, 2016. Hoskin's motion is therefore untimely.

Accordingly, IT IS ORDERED that Hoskin's motion for partial summary judgment (Doc. 13) is DENIED.

DATED this 25th day of April, 2016.

Dana L. Christensen, Chief Judge
United States District Court